```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 27783
   LYNNE BENUSKA
                                               CHAPTER 13

                                               JUDGE: MANUEL BARBOSA
         Debtor
   SSN XXX-XX-0932
```

---
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/27/04 and confirmed on 09/16/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $   4088.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ASPIRE VISA | UNSECURED | 3063.17 | .00 | 799.97 |
| CAPITAL ONE FINANCIAL | UNSECURED | 328.03 | .00 | 85.67 |
| CAPITAL ONE FINANCIAL | UNSECURED | 401.10 | .00 | 104.75 |
| CINGULAR | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF AURORA | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1096.52 | .00 | 286.36 |
| DIRECT MERCHANTS BANK | UNSECURED | NOT FILED | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| SBC BANKRUPTCY DESK | UNSECURED | NOT FILED | .00 | .00 |
| WOMENS HEALTHCARE ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| OSWEGO POLICE DEPT | UNSECURED | NOT FILED | .00 | .00 |
| RUSH COPLEY MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |

        Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 4888.82 | .00 | 4888.82 |
| PRINCIPAL PAID | .00 | .00 | 1276.75 | .00 | 1276.75 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 1276.75 | .00 | 1276.75 |

The Debtor's attorney, FOX VALLEY LEGAL GROUP         , was allowed $   2574.99
and was paid $    100.00   direct and $   2474.99   through the plan.

The Trustee received $    172.26 .

Refunds to the Debtor totaled $    164.00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 01/10/08                          /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```